# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| HEATHER JAMES, on behalf of herself and others similarly situated | :<br>:<br>: |
| Plaintiff, | : Civil Action No. 1:25-cv-08590 |
| | : |
| v. | : |
| | : |
| THE CAMPBELL'S COMPANY, CAMPBELL SOUP SUPPLY COMPANY, LLC | :<br>:<br>: |
| | : |
| Defendants. | : |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that <u>The Campbell's Company</u> is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

## OR

[X] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: August 11, 2025 **DUANE MORRIS LLP**

/s Natalie F. Bare
Natalie F. Bare (NJ ID #034282009)
Niyah Morgan-Dantzler (PA ID #333967)*
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:  215-979-1962
Fax: 215-405-3710
Email:  nfbare@duanemorris.com
  nmorgandantzler@duanemorris.com

*Request for pro hac vice admission forthcoming*