## **CERTIFICATE OF SERVICE**

I, Natalie F. Bare, hereby certify that on August 11, 2025, a true and correct copy of the foregoing Defendant's Corporate Disclosure Statement was filed via the Court's ECF filing system and served upon all parties and/or their counsel of record via the Court's ECF system and FedEx, as follows:

Krysten Connon
Sarah R. Schalman-Bergen
Lichten & Liss-Riordan, P.C.
30 Washington Ave, Suite D-3
Haddonfield, NJ 08033
kconnon@llrlaw.com
ssb@llrlaw.com

Matthew J.P. Coffman
Adam C. Gedling
Tristan T. Akers
Coffman Legal, LLC
1550 Old Henderson Rd, Suite 126
Columbus, Ohio 43220
mcoffman@mcoffmanlegal.com
agedling@mcoffmanlegal.com
takers@ mcoffmanlegal.com

*/s/ Natalie F. Bare*
Natalie F. Bare