IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| HEATHER JAMES, on behalf of herself and others similarly situated | : : : | |
| Plaintiff, | : : | Civil Action No. 1:25-cv-08590 |
| v. | : : | |
| THE CAMPBELL'S COMPANY, CAMPBELL SOUP SUPPLY COMPANY, LLC | : : : : | |
| Defendants. | : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that <u>Campbell Soup Supply Company, LLC</u> is a non-governmental corporation and that:

[X]  This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
Campbell MFG 1 Company, which is wholly owned by
The Campbell's Company (NASDAQ:CPB)
_____

**OR**

[ ]  This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: August 11, 2025          **DUANE MORRIS LLP**

/s Natalie F. Bare
Natalie F. Bare (NJ ID #034282009)
Niyah Morgan-Dantzler (PA ID #333967)*
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:  215-979-1962
Fax: 215-405-3710
Email:  nfbare@duanemorris.com
          nmorgandantzler@duanemorris.com

*Request for pro hac vice admission forthcoming*