IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| HEATHER JAMES, on behalf of herself and others similarly situated | : : : | |
| Plaintiff, | : : | Civil Action No. 1:25-cv-08590 |
| v. | : : | |
| THE CAMPBELL'S COMPANY, CAMPBELL SOUP SUPPLY COMPANY, LLC | : : : : | |
| Defendants. | : | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that on Monday, October 6, 2025, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants, The Campbell's Company and Campbell Soup Supply Company, LLC, shall move before the Honorable Karen M. Williams, U.S. District Judge, for an Order dismissing Plaintiff Heather James' Complaint against The Campbell's Company and Campbell Soup Supply Company, LLC.

**PLEASE TAKE FURTHER NOTICE**, that Defendant shall rely upon the enclosed Memorandum of Law, the Certification of Natalie F. Bare, Esq. with exhibits (Exhibits A-I) attached thereto, and the Certification of John Wollenweber with one exhibit (Exhibit A) attached thereto. A proposed form of Order is also attached.

**PLEASE TAKE FURTHER NOTICE**, that oral argument is requested if opposition to this motion is timely filed and served.

Dated: August 25, 2025        **DUANE MORRIS LLP**

*/s/ Natalie F. Bare*
Natalie F. Bare (NJ ID #034282009)
Niyah Morgan-Dantzler (PA ID #333967)*
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:  215-979-1962
Fax: 215-405-3710
Email:  nfbare@duanemorris.com
        nmorgandantzler@duanemorris.com

*Admitted pro hac vice*