**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| HEATHER JAMES, on behalf of herself and others similarly situated | : |
| | : |
| Plaintiff, | :  Civil Action No. 1:25-cv-08590 |
| | : |
| v. | : |
| | : |
| THE CAMPBELL'S COMPANY, CAMPBELL SOUP SUPPLY COMPANY, LLC | : |
| | : |
| Defendants. | : |

## <u>CERTIFICATION OF NATALIE F. BARE</u>

I, Natalie F. Bare, of full age, hereby certify as follows:

1.      I am an attorney at law duly licensed to practice before all the courts in the State of New Jersey.  I am a partner with the law firm Duane Morris LLP, and I am counsel for Defendants, The Campbell's Company and Campbell Soup Supply Company, LLC, in this matter.

2.      I submit this certification in support of Defendants' Motion to Dismiss the Plaintiff's Claims Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

3.      On June 9, 2025, Plaintiff Heather James ("Plaintiff") filed a Complaint on the Electronic Case Filing system for this Court, asserting one count for unpaid overtime under the Fair Labor Standards Act ("FLSA").  Attached hereto as **Exhibit A** is a true and correct copy of this filing.

4.      On August 11, 2025, I filed a Corporate Disclosure Statement for Campbell Soup Supply Company, LLC, explaining that the parent company of Campbell Soup Supply Company, LLC is Campbell MFG 1 Company, which itself is wholly owned by The Campbell's Company. Attached hereto as **Exhibit B** is a true and correct copy of this filing.

5.      In Plaintiff's Complaint, she provides a link to a job postings page on the website of The Campbell's Company. This is a dynamic web page navigable and searchable by any member of the public. *See* Ex. A, at ¶ 9, n.1.

6.      Attached hereto as **Exhibit C** is a screen capture reflecting content from the website available by accessing the link on August 7, 2025 at 12:02 a.m.

7.      Attached hereto as **Exhibit D** is a screen capture reflecting content from the website available by accessing the same link on August 7, 2025 at 12:04 a.m. and searching for "manufacturing" in the filter for "Category."

8.      Attached hereto as **Exhibit E** is a screen capture reflecting content from the website available by accessing the same link on August 7, 2025 at 12:05 a.m. and searching for "production" in the filter for "Category."

9.      Attached hereto as **Exhibit F** is a screen capture reflecting content from the website available by accessing the same link on August 7, 2025 at 12:06 a.m. and searching for "production/manufacturing" in the filter for "Category."

10.      Attached hereto as **Exhibit G** is a screen capture reflecting content from the website available by accessing the same link on August 7, 2025 at 12:08 a.m. and clicking "Administration" under the filter for "Category."

11.      Attached hereto as **Exhibit H** is a screen capture reflecting content from the website available by accessing the same link on August 7, 2025 at 12:10 a.m. and clicking "Human Resources" under the filter for "Category."

12.      Attached hereto as **Exhibit I** is a screen capture reflecting content from the website available by accessing the same link on August 7, 2025 at 12:12 a.m. and clicking "Sales" under the filter for "Category."

I certify under penalty of perjury that the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 25, 2025

_Natalie F. Bare_

Natalie F. Bare

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| **HEATHER JAMES**, on behalf of herself and others similarly situated, | : : : | |
| Plaintiff, | : : | Civil Action No. |
| v. | : : | **Document Electronically Filed** |
| **THE CAMPBELL'S COMPANY**, **CAMPBELL SOUP SUPPLY COMPANY, LLC,** | : : : : | **JURY TRIAL DEMANDED** |
| Defendants. | : : : | |

## PLAINTIFF'S COLLECTIVE ACTION COMPLAINT
## FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT

Named Plaintiff Heather James ("Named Plaintiff"), individually and on behalf of others similarly situated, files her Collective Action Complaint against Defendants The Campbell's Company and Campbell Soup Supply Company, LLC ("Defendants") for failure to pay employees overtime wages, seeking all available relief under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §§ 201, *et seq.* Named Plaintiff's FLSA claim is brought as a collective action pursuant to 29 U.S.C. § 216(b). The following allegations are based on Named Plaintiff's personal knowledge and are made on information and belief as to the acts of others. Named Plaintiff, individually and on behalf of others similarly situated, hereby states as

follows:

## I.   <u>JURISDICTION AND VENUE</u>

1.     This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 for violations of the FLSA.

2.     Venue is proper in this forum pursuant to 28 U.S.C. § 1391 because Defendants reside in this District and are subject to personal jurisdiction in this District.

## II.   <u>PARTIES</u>

### A.   <u>Named Plaintiff</u>

3.     Named Plaintiff is an individual, a United States citizen, and a resident of Ohio.

4.     Named Plaintiff worked for Defendants at their facility in Napoleon, Ohio as an hourly, non-exempt employee as defined in the FLSA primarily in the position of Filler Operator from approximately 2017 to May 2024.

5.     At all relevant times, Named Plaintiff primarily performed non-exempt duties for Defendants.

6.     Named Plaintiff's Consent to Join form is filed herewith, pursuant to 29 U.S.C. § 216(b), and attached as **Exhibit A**.

### B.   <u>Defendants</u>

7.     Defendant The Campbell's Company is a New Jersey corporation with

its principal place of business in Camden, New Jersey.

8.    Defendant Campbell Soup Supply Company L.L.C is a Delaware corporation with its principal place of business in Camden, New Jersey.

9.    Defendants (collectively "Campbell") operate numerous facilities across the United States.[1] Campbell is a large food and drink manufacturer that produces various soups, snacks, meals, and other food and drink products.[2]

10.   At all relevant times, Defendants have been an "employer" or "joint employer" as the FLSA defines those terms due to their employment of Named Plaintiff and those similarly situated as described herein.

11.   Defendants form a "single employer" because they are part of a single integrated enterprise and/or a joint employer by jointly operating and providing services and maintaining interrelated operations, centralized control of labor relations, common management and common ownership, and financial control.

12.   At all relevant times, Defendants have determined those matters governing the essential terms and conditions of employment for Named Plaintiff and similarly situated employees. In so doing, Defendants are responsible for the human resources decision-making processes, including material terms and conditions of employment and other human resource operations, for Named Plaintiff and those

---

[1] *See* THE CAMPBELL'S CO., https://careers.thecampbellscompany.com/us/en/our-manufacturing-distribution-centers (last visited June 6, 2025).
[2] *Our Food*, THE CAMPBELL'S CO., https://www.thecampbellscompany.com/our-food/ (last visited June 6, 2025).

similarly situated.

13.     The work performed by Named Plaintiff and similarly situated employees benefited Defendants and directly or indirectly furthered their interests.

14.     At all relevant times, Defendants has or had direct or indirect control and authority over Named Plaintiff's and other similarly situated employees' working conditions, including matters governing the essential terms and conditions of their employment. At all relevant times, Defendants have exercised that authority and control over Named Plaintiff and other similarly situated employees.

15.     At all relevant times, Defendants have had the authority to hire and fire employees, supervise and control employees' work schedules and work conditions, determine the rate and method of pay, and/or maintain employee records.

16.     At all relevant times, Defendants have suffered or permitted Named Plaintiff and other similarly situated employees to work. The work that Named Plaintiff and other similarly situated employees performed was for Defendants' benefit.

17.     During all relevant times, Defendants maintained control, oversight, and direction over Named Plaintiff and other similarly situated employees, including promulgating and enforcing policies affecting wages and overtime.

18.     Defendants operate and control an enterprise and employ employees engaged in commerce or the production of goods for commerce, or have had

employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce.

19.　　Defendants have had an annual gross volume of sales made or business done of not less than $500,000 per year (exclusive of excise taxes at the retail level).

20.　　Upon information and belief, Defendants have applied or caused to be applied substantially the same employment policies, practices, and procedures to all employees, including policies, practices, and procedures relating to payment of and compliance with the FLSA, including overtime wages, timekeeping, maintenance of records, etc.

21.　　Based on information and belief, Defendants have been fully aware at all relevant times that they were legally required to comply with the wage and overtime laws of the United States.

## III.　**FACTUAL ALLEGATIONS**

22.　　Campbell produces soups, snack foods, meals, beverages, and other food and drink products at facilities across the United States.

23.　　At all times relevant, Named Plaintiff and other similarly situated production/manufacturing employees have been "employees" as defined in the FLSA.

24.　　At times relevant, Named Plaintiff and other similarly situated production/manufacturing employees have worked, or they were scheduled to work, forty (40) or more hours in one or more workweek(s).

25.     During their employment with Campbell, Named Plaintiff and other similarly situated production/manufacturing employees were not paid for all overtime wages they earned because employees were not paid for all work time for several reasons. First, Named Plaintiff and other similarly situated production/manufacturing employees regularly performed their first integral and indispensable work activity off-the-clock. However, employees were not paid for all the time that followed such activity. Second, on information and belief, Campbell maintained an unlawful policy or practice of rounding its production/manufacturing employees' hours worked down in Campbell's favor or otherwise reducing employees' total hours worked.

26.     Named Plaintiff and other similarly situated production/manufacturing employees regularly arrive at their facility before the scheduled start of their shift to don their uniform and personal protective equipment ("PPE") and engage in other pre-shift substantive work activities, such as washing their hands, reviewing their assignment, and checking daily shift information. Donning their uniform and PPE is Named Plaintiff's and other similarly situated production/manufacturing employees' first integral and indispensable job duty of the day, as they are working with food products in an industrial setting that requires adherence to Food and Drug Administration ("FDA") regulations. Donning sanitary uniforms and PPE to maintain sanitary/hygienic conditions and comply with FDA regulations are

inextricably intertwined with the job duties of manufacturing and packaging Campbell's food and beverage products.

27.     Additionally, after donning PPE, Named Plaintiff and other similarly situated production/manufacturing employees must walk a distance on Campbell's premises to clock in and report for the start of their shifts.

28.     Named Plaintiff and other similarly situated production/manufacturing employees are not compensated for all work after donning their PPE. Instead, the time that follows donning PPE is either not captured because it occurs before clocking in, and/or, on information and belief, the Campbell systematically rounds employees' hours worked to their detriment.

29.     Campbell's failure to compensate Named Plaintiff and other similarly situated production/manufacturing employees, as set forth above, has resulted in unpaid overtime.

30.     Campbell's policies and practices, as alleged herein, have denied Named Plaintiff and those similarly situated production/manufacturing employees overtime compensation.

31.     Campbell had actual or constructive knowledge that it was not compensating Named Plaintiff and other similarly situated production/manufacturing employees for all hours worked.

32.     Campbell acted willfully regarding its conduct described herein.

## IV.   **FLSA COLLECTIVE ACTION ALLEGATIONS**

33.    Named Plaintiff brings her FLSA claims pursuant to 29 U.S.C. § 216(b) as a representative action on behalf of herself and all other similarly situated production/manufacturing employees of the opt-in collective, consisting of the following:

> **All current and former hourly production/manufacturing employees of Campbell who were paid for forty (40) or more hours of work in any workweek beginning three (3) years before the filing date of this Complaint and continuing through the final disposition of this case (hereinafter the "FLSA Collective" or the "Potential FLSA Collective Members").**

34.    This action is maintainable as an "opt-in" collective action pursuant to 29 U.S.C. § 216(b) as to claims for unpaid overtime compensation, liquidated damages, attorneys' fees, and costs under the FLSA. In addition to Named Plaintiff, numerous current and former hourly production/manufacturing employees are similarly situated regarding their claims for unpaid wages and damages. Named Plaintiff is representative of the FLSA Collective and acting on behalf of their interests as well as her own in bringing this action.

35.    These similarly situated production/manufacturing employees are known to Defendant and are readily identifiable through Campbell's records. These individuals may readily be notified of this action and allowed to opt in pursuant to 29 U.S.C. § 216(b) to collectively adjudicate their claims for unpaid overtime

compensation, liquidated damages, attorneys' fees, and costs under the FLSA.

## V.   **CAUSE OF ACTION**

### **COUNT I:**
### **FLSA – COLLECTIVE ACTION FOR UNPAID OVERTIME**

36.     All of the preceding paragraphs are realleged as if fully rewritten herein.

37.     This claim is brought as part of a collective action by Named Plaintiff on behalf of herself and the FLSA Collective.

38.     The FLSA requires that employees receive overtime compensation for hours worked in excess of forty (40) per workweek. 29 U.S.C. § 207(a)(1).

39.     During the three (3) years preceding the filing of this Complaint, Campbell employed Named Plaintiff and the Potential FLSA Collective Members.

40.     Named Plaintiff and the Potential FLSA Collective Members regularly worked in excess of forty (40) hours in various workweeks.

41.     Campbell violated the FLSA with respect to Named Plaintiff and the FLSA Collective by failing to compensate them overtime wages for all overtime hours worked because of Campbell's policies and/or practices described above.

42.     Named Plaintiff and the Potential FLSA Collective Members were not exempt from receiving FLSA overtime benefits.

43.     Campbell knew or should have known of the FLSA's overtime payment requirements. Despite such knowledge, Campbell willfully withheld and failed to

pay the overtime compensation to which Named Plaintiff and the Potential FLSA Collective Members are entitled.

44.     The exact total compensation, including overtime, that Campbell has failed to pay Named Plaintiff and the Potential FLSA Collective Members is unknown at this time, as many of the records necessary to make such precise calculations are in Campbell's possession or were otherwise not kept.

45.     As a direct and proximate result of Campbell's conduct, Named Plaintiff and the Potential FLSA Collective Members have suffered and continue to suffer damages. Named Plaintiff seeks unpaid overtime and other compensation, liquidated damages, interest and attorneys' fees, and all other remedies available on behalf of herself and the Potential FLSA Collective Members.

## VI.    <u>PRAYER FOR RELIEF</u>

**WHEREFORE**, Named Plaintiff requests judgment against Campbell and for an Order:

A.     Directing prompt issuance of notice to the FLSA Collective, apprising them of the pendency of this action and permitting them to timely assert their rights under the FLSA and pursuant to 29 U.S.C. § 216(b);

B.     Finding that Campbell failed to keep accurate records in accordance with the FLSA and that, as a result, Named Plaintiff and the FLSA Collective are entitled to prove their hours worked with reasonable estimates;

C. Awarding to Named Plaintiff and the Potential FLSA Collective Members unpaid overtime wages to be determined at trial together with any liquidated damages allowed by the FLSA;

D. Awarding to Named Plaintiff and the Potential FLSA Collective Members costs, disbursements, and reasonable allowances for fees as well as reimbursement of costs and expenses;

E. Awarding to Named Plaintiff and the Potential FLSA Collective Members such other and further relief as the Court deems just and proper;

F. Granting Named Plaintiff leave to amend to file additional claims for relief or different causes of action should information become available through investigation and discovery; and

G. Rendering a judgment against Campbell for all damages, relief, or any other recovery whatsoever.

## <u>JURY DEMAND</u>

Named Plaintiff requests a trial by a jury of eight (8) persons.

Date: June 9, 2025                    Respectfully submitted,

/s/ Krysten Connon
Krysten Connon, NJ Bar No. 016732012
Sarah R. Schalman-Bergen*
**LICHTEN & LISS-RIORDAN, P.C.**
30 Washington Ave, Suite D-3
Haddonfield, NJ 08033

Telephone: (617) 994-5800
kconnon@llrlaw.com
ssb@llrlaw.com


*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (OH Bar 0085586)*
Adam C. Gedling (OH Bar 0085256)*
Tristan T. Akers (OH Bar 0102298)*
**COFFMAN LEGAL, LLC**
1550 Old Henderson Rd
Suite #126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com
       agedling@mcoffmanlegal.com
       khendren@mcoffmanlegal.com
       takers@mcoffmanlegal.com

*Attorneys for Named Plaintiff and those similarly situated*

*\* Request for pro hac vice admission forthcoming*

# EXHIBIT A

**CONSENT TO JOIN**
**PURSUANT TO 29 U.S.C. §216(b)**

1.     I,  Heather James                    hereby consent and agree and opt-in to become a plaintiff class member in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* against my current/former employer Campbell Soup Supply Company L.L.C., and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2.     I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable.  I further agree to be bound by any collective action settlement herein approved by my attorneys.

DATE:  14/05/2025                          SIGNATURE:  _Heather James (Mar 14, 2025 19:47 EDT)_

Heather James
PRINTED NAME

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Heather James

## DEFENDANTS

The Campbell's Company, Campbell Soup Supply Company, LLC

**(b)** County of Residence of First Listed Plaintiff   Defiance, Ohio
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Krysten Connon, Lichten & Liss Riordan, P.C.

(617) 994-5800     30 Washington Ave, Suite D-3, Haddonfield, NJ 08033

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1   U.S. Government
  Plaintiff
- [ ] 2   U.S. Government
  Defendant
- [x] 3   Federal Question
  *(U.S. Government Not a Party)*
- [ ] 4   Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [x] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1   Original
  Proceeding
- [ ] 2   Removed from
  State Court
- [ ] 3   Remanded from
  Appellate Court
- [ ] 4   Reinstated or
  Reopened
- [ ] 5   Transferred from
  Another District
  *(specify)*
- [ ] 6   Multidistrict
  Litigation -
  Transfer
- [ ] 8   Multidistrict
  Litigation -
  Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fair Labor Standards Act

Brief description of cause:
Nonpayment of overtime wages

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
6/9/25

SIGNATURE OF ATTORNEY OF RECORD
/s Krysten Connon

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: <u>Nature of Suit Code Descriptions</u>.

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related cases, if any.  If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | | |
|---|---|---|
| HEATHER JAMES, on behalf of herself and others similarly situated | : : : | |
| Plaintiff, | : : | Civil Action No. 1:25-cv-08590 |
| v. | : : | |
| THE CAMPBELL'S COMPANY, CAMPBELL SOUP SUPPLY COMPANY, LLC | : : : : | |
| Defendants. | : : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that <u>Campbell Soup Supply Company, LLC</u> is a non-governmental corporation and that:

[X]  This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

| |
|---|
| Campbell MFG 1 Company, which is wholly owned by |
| The Campbell's Company (NASDAQ:CPB) |

## OR

[ ]  This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: August 11, 2025

**DUANE MORRIS LLP**

/s Natalie F. Bare
Natalie F. Bare (NJ ID #034282009)
Niyah Morgan-Dantzler (PA ID #333967)*
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:  215-979-1962
Fax: 215-405-3710
Email:  nfbare@duanemorris.com
        nmorgandantzler@duanemorris.com

*Request for pro hac vice admission forthcoming*

## **CERTIFICATE OF SERVICE**

I, Natalie F. Bare, hereby certify that on August 11, 2025, a true and correct copy of the

foregoing Defendant's Corporate Disclosure Statement was filed via the Court's ECF filing

system and served upon all parties and/or their counsel of record via the Court's ECF system and

FedEx, as follows:


Krysten Connon
Sarah R. Schalman-Bergen
Lichten & Liss-Riordan, P.C.
30 Washington Ave, Suite D-3
Haddonfield, NJ 08033
kconnon@llrlaw.com
ssb@llrlaw.com

Matthew J.P. Coffman
Adam C. Gedling
Tristan T. Akers
Coffman Legal, LLC
1550 Old Henderson Rd, Suite 126
Columbus, Ohio 43220
mcoffman@mcoffmanlegal.com
agedling@mcoffmanlegal.com
takers@ mcoffmanlegal.com


*/s/ Natalie F. Bare*
Natalie F. Bare

# Exhibit C



careers.thecampbellscompany.com/us/en/our-manufacturing-distribution-centers

## Refine your search

**Category** −

Category

☐ Human Resources ( 3 )
☐ Information Technology ( 3 )
☐ Marketing ( 10 )
☐ Other ( 6 )
☐ R&D ( 3 )
☐ Sales ( 7 )

**Country** +

**City** +

**State** +

**Zip Code** +

**Employee Type** +

**Time Type** +

Jobs At

Search from below list    334 Results | Sort by Most recent

### Maintenance Tech 5 | $31.32/hr

Paris, Texas, United States of America  | Hourly Manufacturing  | Full time  | Req-58864

While performing the duties of this job the employee regularly works near moving mechanical equipment. Regularly works near moving mechanical equipment Occasionally works in high places Is exposed to...

### Tech A Production | $18.91/hr

Paris, Texas, United States of America  | Hourly Manufacturing  | Full time  | Req-58346

Will work on a production line in food processing plant. Be able to work up to 7 days a week and/or 12 hours a day. Able to work available shift; shift is assigned upon hire. Must be able to meet mini...

### Sr. Distribution Coordinator

Charlotte, North Carolina, United States of America  | Hourly Manufacturing  | Full time  | Req-59199

Join a dynamic team where you'll lead warehouse operations, ensuring efficient distribution and inventory management. Utilize your two years of experience to coordinate activities, communicate across departments, and maintain safety standards. Step into a role that offers growth, innovation, and the chance to make a difference every day!

### Packer - 3rd Shift (11pm-7am)

Hanover, Pennsylvania, United States of America  | Hourly Manufacturing  | Full time  | Req-59201

We are looking for dedicated individuals to join our team on the production floor, manually packing and inspecting products. Enjoy a supportive environment with opportunities for growth, all while making a

# Exhibit D



# Exhibit E



careers.thecampbellscompany.com/us/en/our-manufacturing-distribution-centers

All Bookmarks

## Refine your search

**Category** −

production ✕

No results found for "production"

**Country** +

**City** +

**State** +

**Zip Code** +

**Employee Type** +

**Time Type** +

**Jobs At** +

**Remote** +

Search from below list          334 Results | Sort by   Most recent ▾

### Maintenance Tech 5 | $31.32/hr

Paris, Texas, United States of America | Hourly Manufacturing | Full time | Req-58864

While performing the duties of this job the employee regularly works near moving mechanical equipment. Regularly works near moving mechanical equipment Occasionally works in high places Is exposed to...

### Tech A Production | $18.91/hr

Paris, Texas, United States of America | Hourly Manufacturing | Full time | Req-58346

Will work on a production line in food processing plant. Be able to work up to 7 days a week and/or 12 hours a day. Able to work available shift; shift is assigned upon hire. Must be able to meet mini...

### Sr. Distribution Coordinator

Charlotte, North Carolina, United States of America | Hourly Manufacturing | Full time | Req-59199

Join a dynamic team where you'll lead warehouse operations, ensuring efficient distribution and inventory management. Utilize your two years of experience to coordinate activities, communicate across departments, and maintain safety standards. Step into a role that offers growth, innovation, and the chance to make a difference every day!

### Packer - 3rd Shift (11pm-7am)

Hanover, Pennsylvania, United States of America | Hourly Manufacturing | Full time | Req-59201

We are looking for dedicated individuals to join our team on the production floor, manually packing and

# Exhibit F



careers.thecampbellscompany.com/us/en/our-manufacturing-distribution-centers

All Bookmarks

**Refine your search**

**Category** —

production/manufacturing

No results found for "production/manufacturing"

**Country** +

**City** +

**State** +

**Zip Code** +

**Employee Type** +

**Time Type** +

**Jobs At** +

**Remote** +

Search from below list          334 Results | Sort by   Most recent

**Maintenance Tech 5 | $31.32/hr**

Paris, Texas, United States of America | Hourly Manufacturing | Full time | Req-58864

While performing the duties of this job the employee regularly works near moving mechanical equipment. Regularly works near moving mechanical equipment Occasionally works in high places Is exposed to...

**Tech A Production | $18.91/hr**

Paris, Texas, United States of America | Hourly Manufacturing | Full time | Req-58346

Will work on a production line in food processing plant. Be able to work up to 7 days a week and/or 12 hours a day. Able to work available shift; shift is assigned upon hire. Must be able to meet mini...

**Sr. Distribution Coordinator**

Charlotte, North Carolina, United States of America | Hourly Manufacturing | Full time | Req-59199

Join a dynamic team where you'll lead warehouse operations, ensuring efficient distribution and inventory management. Utilize your two years of experience to coordinate activities, communicate across departments, and maintain safety standards. Step into a role that offers growth, innovation, and the chance to make a difference every day!

**Packer - 3rd Shift (11pm-7am)**

Hanover, Pennsylvania, United States of America | Hourly Manufacturing | Full time | Req-59201

We are looking for dedicated individuals to join our team on the production floor, manually packing and inspecting products. Enjoy a supportive environment with opportunities for growth, all while making a

# Exhibit G



careers.thecampbellscompany.com/us/en/our-manufacturing-distribution-centers

All Bookmarks

**Refine your search**

**Category** —

Category

☑ Administration ( 1 )
☐ Hourly Manufacturing ( 240 )
☐ Human Resources ( 3 )
☐ Information Technology ( 3 )
☐ Marketing ( 10 )

**Country** +

**City** +

**State** +

**Zip Code** +

**Employee Type** +

**Time Type** +

Jobs At +

Administration  ✕        Clear All

Search from below list                    1 Job | Sort by   Most recent ▾

**Executive Administrative Assistant**

Camden, New Jersey, United States of America  |  Administration  | Full time  | Req-59097

Are you looking for a dynamic role where you can leverage your 7+ years of executive support experience? Join a fast-paced environment, manage complex calendars, and coordinate high-level initiatives while contributing to a culture passionate about food and hospitality. Your organizational skills will shine here!

# Exhibit H



careers.thecampbellscompany.com/us/en/our-manufacturing-distribution-centers

All Bookmarks

**Refine your search**

**Category** —

[ Category ]

☐ Administration ( 1 )
☐ Hourly Manufacturing ( 240 )
☒ Human Resources ( 3 )
☐ Information Technology ( 3 )
☐ Marketing ( 10 )

**Country** +

**City** +

**State** +

**Zip Code** +

**Employee Type** +

**Time Type** +

Human Resources ✕    Clear All

[ Search from below list ]

3 Results | Sort by [ Most recent ⌄ ]

### Training Manager

Lakeland, Florida, United States of America  | Human Resources  | Full time  | Req-59250

Are you looking for an opportunity to shape the future of training in a dynamic manufacturing environment? Leverage your 3+ years of training experience to design and implement impactful programs, foster continuous learning, and collaborate with diverse teams to enhance employee skills and drive excellence.

### Sr. Human Resources Manager - R&D

Camden, New Jersey, United States of America  | Human Resources  | Full time  | Req-58704

Are you experienced in driving organizational strategies and talent development? Join a dynamic team where you'll partner with leaders to enhance R&D initiatives, manage core HR processes, and shape a thriving workplace culture. Bring your 7+ years of HR expertise and make a meaningful impact!

### Sr. Human Resources Generalist

Denver, Pennsylvania, United States of America  | Human Resources  | Full time  | Req-58393

We are looking for an experienced HR generalist to drive recruitment, employee relations, and performance management in a dynamic manufacturing environment. Bring your strong interpersonal skills and HR expertise to foster a positive workplace culture while supporting continuous improvement initiatives. Join us to make a meaningful impact!

# Exhibit I

