# EXHIBIT A

rp FILE # 000000-000000
000131864
USSC002316-Sauce Prego - Napoleon

Campbell Soup Supply Co. LLC
856-342-4800
1 Campbell Place
Camden, NJ 08103

# Earnings Statement

Page 001 of 001
Period Beg/End: 03/11/2024 - 03/17/2024
Advice Date: 03/21/2024
Advice Number: 0005924519
Batch Number: OTPG-2443

Heather M James


Pay Rate: $30.42 Hourly
Emp ID:1000131864

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Vacation Pay | | 0.00 | 486.72 | 1,422.72 |
| Regular Hour | 30.4200 | 9.00 | 273.78 | 9,546.05 |
| IMPINC/Life | 0.0000 | 0.00 | 1.62 | 17.82 |
| Shift Bonus | | | | 21.38 |
| Holiday Pay | | | | 702.00 |
| OT Prem 0.5x | | | | 345.57 |
| MIP | | | | 150.00 |
| Personal Tme | | | | 1,170.00 |
| **Gross Pay** | | | **760.50** | **13,357.72** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| OASDI | | 42.09 | 772.51 |
| Federal Withholding | | 19.69 | 612.83 |
| State Tax - OH | | 12.76 | 274.35 |
| City Tax - DEFIA | | 12.22 | 224.27 |
| Medicare | | 9.85 | 180.67 |
| School District Tax - 200 | | 3.09 | 57.25 |
| **Total Taxes** | | **99.70** | **2,121.88** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Medical | 61.00 | 671.00 |
| 401(k) | 60.84 | 1,010.40 |
| Tobacco | 12.50 | 137.50 |
| Dental | 9.75 | 107.25 |
| **Total Before-Tax** | **144.09** | **1,926.15** |
| **After-Tax Deductions** | | |
| 401(k) Loan | 113.44 | 1,361.28 |
| Union Dues | 9.94 | 119.28 |
| Vol Emp Life | 1.58 | 17.38 |
| Union Assessment | 0.50 | 6.00 |
| Vol Depdnt Life | 0.38 | 4.18 |
| Campbell's Credit | 0.00 | 4,000.00 |
| **Total After-Tax** | **125.84** | **5,508.12** |
| **Total Deductions** | **269.93** | **7,434.27** |
| Total Net Pay | 390.87 | 3,801.57 |
| Fed Txable Wages | 618.03 | 11,449.39 |
| Tot Hours Worked | 9.00 | 322.00 |

© 2001 AutomaticData Processing (PCSUVG)

Campbell Soup Supply Co. LLC
856-342-4800
1 Campbell Place
Camden, NJ 08103

Advice Number: 0005924519
Advice Date: 03/21/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Heather M James | Checking | $390.87 |