# **EXHIBIT B**

9/15/25, 11:06 AM  Utility 2 - Break Relief - DL1 1st shift job in Austin, Texas, United States of America | Hourly Manufacturing jobs at Campbell Soup Company

Case 1:25-cv-08590-KMW-EAP    Document 20-2    Filed 09/15/25    Page 2 of 4 PageID: 316

Our Story (Https://Www.Campbellsoupcompany.Com/About-Us/)    Our Experience

Benefits (Https://Careers.Campbellsoupcompany.Com/Us/En/Benefits)

[Campbell's Company logo] (https://careers.thecampbellscompany.com/us/en/home)

Job Search (Https://Careers.Campbellsoupcompany.Com/Us/En/Search-Results)

Events (Https://Careers.Campbellsoupcompany.Com/Us/En/Events)

Returning Users (Https://Campbellsoup.Wd5.Myworkdayjobs.Com/ExternalCareers_GlobalSite/Login?Redirect=%2FExternalCareers_GlobalSite%2FuserHome%2F)

☆ Saved Jobs (0) (Https://Careers.Thecampbellscompany.Com/Us/En/Jobcart)

# Utility 2 - Break Relief - DL1 1st shift

Add To Cart    Apply Now (https://careers.thecamp...

Austin, Texas, United States Of America | Hourly Manufacturing | Full Time |
Job ID: Req-60171

9/15/25, 11:06 AM
Utility 2 - Break Relief - DL1 - 1st shift job in Austin, Texas, United States of America | Hourly Manufacturing jobs at Campbell Soup Company

Case 1:25-cv-08590-KMW-EAP   Document 20-2   Filed 09/15/25   Page 3 of 4 PageID: 317

Since 1869, we've connected people through food they love. We're proud to be stewards of amazing brands that people trust. Our portfolio includes the iconic Campbell's brand, as well as Cape Cod, Chunky, Goldfish, Kettle Brand, Lance, Late July, Pacific Foods, Pepperidge Farm, Prego, Pace, Rao's Homemade, Snack Factory, Snyder's of Hanover. Swanson, and V8.

Here, you will make a difference every day. You will be supported to build a rewarding career with opportunities to grow, innovate and inspire. Make history with us.

Job Summary:

- Responsible for continuous/uninterrupted supply of components to the production line used in producing food products in a safe, timely, and efficient manner.
- Understand and demonstrates proper handling of components in accordance with USDA, HACCP and plant recipe guidelines.
- Required to understand and demonstrate the handling of ingredients in relation to food safety and quality.
- Must insure GMPs and Safety regulations are followed at all times.
- Understand the importance of product rotation and time/temperature guidelines from USDA.
- Responsible for returning unused product to freezer/cooler and ensuring proper identification.
- Report any deviations to product quality, machinery, or standards to appropriate level of supervision.
- Understands and demonstrates changeover and sanitation requirements.

Requirements:

- Understand proper component placement for various products to support line
- Inspects components during manufacturing/change-over process to ensure highest quality level is maintained
- Understands and demonstrates correct use of color coding system of lugers and trash cans; disposes of sub-standard product in correct method.

Qualifications:

- Must be able to communicate
- Must have basic math skills ( add, subtract, multiply and divide); use calculator
- Stand, reach, bend, and (climb steps/stairs occasionally); frequently lift weights up to 20-40 lbs. and occasionally lift weights up to 50 lbs.
- Works well with others; ability to meet required work/quality demand of production line
- Work with minimum supervision; capable of traveling throughout production area for designated tasks

Environment:

While performing the duties of this job, the team member works around moving machinery. The team member is exposed to hot/cold/refrigerated product, loud noise, and wet floors, which may become slippery. Team member must be aware of their surroundings.

COMPENSATION & BENEFITS:

The starting rate for this full-time, hourly position is $14.75/hr

9/15/25, 11:06 AM
Utility - Break Relief - DL1 - 1st shift job in Austin, Texas, United States of America | Supply Chain & Manufacturing jobs at Campbell Soup Company

Case 1:25-cv-08590-KMW-EAP    Document 20-2    Filed 09/15/25    Page 4 of 4 PageID:
318

Individual base pay depends on work location and additional factors such as experience, job-related skills, and relevant education or training. Total pay may include other forms of compensation. In addition, we offer competitive health, dental, 401k and wellness benefits beginning on the first day of employment. Please ask your Talent Acquisition Partner for more information about our total rewards package.

The Company is committed to providing equal opportunity for employees and qualified applicants in all aspects of the employment relationship, including consideration for employment, without regard to race, color, sex, sexual orientation, gender identity, national origin, citizenship, marital status, protected veteran status, disability, age, religion, or any other classification protected by law.



Current Employees

If you're an internal employee, click the link below to apply:

Current Employee Apply(https://wd5.myworkday.com/campbellsoup/d/task/1422$2085.htmld)

Explore Location

Get notified for similar jobs

Sign up and receive similar job alerts to your email

your@email.com                                                                                                                    Activate