# EXHIBIT C

9/15/25, 10:59 AM    Tech A Production | $18.91/HR job in Paris, Texas, United States Of America | Hourly Manufacturing job at Campbell Soup Company

Case 1:25-cv-08590-KMW-EAP    Document 29-3    Filed 09/15/25    Page 2 of 4 PageID: 320

![Campbell's Company logo] (https://careers.thecampbellscompany.com/us/en/home)

Our Story (Https://Www.Campbellsoupcompany.Com/About-Us/)

Our Experience ⌄

Benefits (Https://Careers.Campbellsoupcompany.Com/Us/En/Benefits)

Job Search (Https://Careers.Campbellsoupcompany.Com/Us/En/Search-Results)

Events (Https://Careers.Campbellsoupcompany.Com/Us/En/Events)

Returning Users (Https://Campbellsoup.Wd5.Myworkdayjobs.Com/ExternalCareers_GlobalSite/Login?Redirect=%2FExternalCareers_GlobalSite%2FuserHome%2F)

☆ Saved Jobs (0) (Https://Careers.Thecampbellscompany.Com/Us/En/Jobcart)

# Tech A Production | $18.91/HR

Paris, Texas, United States Of America | Hourly Manufacturing | Full Time | Job ID: Req-59450

[Add To Cart]    [Apply Now (https://careers.thecamp...)]

9/15/25, 10:59 AM                                    Tech-A Production, 18.91/hr job in Paris, Texas, United States of America // Hourly Manufacturing job at Campbell Soup Company

Case 1:25-cv-08590-KMW-EAP    Document 29-3    Filed 09/15/25    Page 3 of 4 PageID: 321

Since 1869, we've connected people through food they love. We're proud to be stewards of amazing brands that people trust. Our portfolio includes the iconic Campbell's brand, as well as Cape Cod, Chunky, Goldfish, Kettle Brand, Lance, Late July, Pacific Foods, Pepperidge Farm, Prego, Pace, Rao's Homemade, Snack Factory, Snyder's of Hanover. Swanson, and V8.

Here, you will make a difference every day. You will be supported to build a rewarding career with opportunities to grow, innovate and inspire. Make history with us.

JOB DUTIES

- Understand and follow all plant safety/Good Manufacturing Practice rules
- Will work on a production line in food processing plant
- Work around heavy moving equipment on a regular basis
- Ability to drive a forklift, if needed
- Be able to work up to 7 days a week and/or 12 hours a day. A portion of the Plant is on a continuous operations shift pattern, the scheduled shift times for that pattern are 6:00a – 6:20p and 6:00p – 6:20a. A portion of the Plant is on a continuous operation three shift pattern. The most required shift times for that portion of the plant is 3p-11:30p and 11p-7:30a.
- Employee could be placed on any shift, anywhere within the plant within probationary period.
- Employees will be Campbell's employees but will be on a probationary status for 120 days.
- Able to work available shift; shift is assigned upon hire.
- During that time, employees will be benefits eligible, but will not have seniority.

**Must meet the following requirements:**

- Must be able to lift 50 pounds on a continuous basis
- Must have a valid, state issued picture ID such as a driver's license
- Basic computer knowledge, basic data entry ability
- Must be able to meet minimum requirements on pre-employment standardized testing
- Must have a High School Diploma, General Education Diploma, or minimum 2 years related manufacturing experience

Employer will conduct background check and pre-employment drug screen; issues will be addressed on a case-by-case basis.

COMPENSATION & BENEFITS:

The starting rate for this full-time, hourly position is $18.91.

Individual base pay depends on work location and additional factors such as experience, job-related skills, and relevant education or training. Total pay may include other forms of compensation. In addition, we offer competitive health, dental, 401k and wellness benefits beginning on the first day of employment. Please ask your Talent Acquisition Partner for more information about our total rewards package.

9/15/25, 10:59 AM

Tech A Production 18-91 HR job in Paris, Texas, United States of America | Low-ig Manufacturing jobs at Campbell Soup Company

Case 1:25-cv-08590-KMW-EAP   Document 29-3   Filed 09/15/25   Page 4 of 4 PageID: 322

