# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×Δ◊
SARAH SCHALMAN-BERGEN■
MATTHEW W. THOMSON×
THOMAS P. FOWLER×◊
BRADLEY MANEWITH•
KRYSTEN CONNON^■
JEREMY ABAY^■◊
OLENA SAVYTSKA×
_____
JACK BARTHOLET×
TREVOR BYRNE×
MORINE MITCHELL×
BENJAMIN J. WEBER× OF COUNSEL

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

30 WASHINGTON AVENUE, SUITE D-3
HADDONFIELD, NJ 08033
_____

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM
_____

× ADMITTED IN MASSACHUSETTS
Δ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
■ ADMITTED IN PENNSYLVANIA
• ADMITTED IN ILLINOIS
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT

### *Via CM-ECF*

Melissa E. Rhoads, Esq., Clerk of Court
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

### *James v. The Campbells Company et. al.,* 25-cv-8590-KMW-EAP

Dear Clerk of Court:

     Pursuant to Local Rule 7.1(d)(5), Plaintiff writes to adjourn the motion day of the Defendant's Motion to Dismiss, ECF No. 33, from November 3, 2025, to November 17, 2025, such that Plaintiff's Opposition will be due on or before November 3, 2025, and Defendant's Reply will be due November 10, 2025.

     Plaintiff states that the originally-noticed Motion Day has not previously been rescheduled or adjourned.

Date: October 5, 2025           Respectfully submitted,

                                     /s/ *Krysten Connon*
                                     Krysten Connon, NJ Bar No. 016732012
                                     Sarah R. Schalman-Bergen (PA 206211)
                                     **LICHTEN & LISS-RIORDAN, P.C.**
                                     729 Boylston Street, Suite 2000
                                     Boston, MA 02116
                                     Direct: (267) 256-9973

# LICHTEN & LISS-RIORDAN, P.C.

        Main: (617) 994-5800
        Fax: (617) 994-5801
        kconnon@llrlaw.com
        ssb@llrlaw.com


*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (OH Bar 0085586)*
Adam C. Gedling (OH Bar 0085256)*
Tristan T. Akers (OH Bar 0102298)*
**COFFMAN LEGAL, LLC**
1550 Old Henderson Rd
Suite #126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com
       agedling@mcoffmanlegal.com
       khendren@mcoffmanlegal.com
       takers@mcoffmanlegal.com

*Attorneys for Named Plaintiff and those similarly situated*

*\* Pro hac vice*