IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **HEATHER JAMES**, on behalf of herself and others similarly situated, : : : | |
| Plaintiff, : : | Civil Action No. 1:25-cv-08590-KMW-EAP |
| v. : : | |
| **THE CAMPBELL'S COMPANY**, **CAMPBELL SOUP SUPPLY COMPANY, LLC,** : : : : | |
| Defendants. : : : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Heather James, on behalf of herself and others similarly situated, by and through her undersigned counsel, respectfully moves this Court pursuant to Local Rule 7.1(d)(5) and 6.1 and the Court's Rules and Procedures for an additional extension of time to file opposition to Defendants' Motion for an Order Requiring Plaintiff's Counsel to Cease and Desist from Distributing Improper De Facto Notice of This Litigation (ECF 28). Currently, Plaintiff's opposition is due on or before October 6, 2025, and Defendants' reply is due October 14, 2025. Plaintiff seeks to extend the deadline to align with the briefing schedule for Defendant's other pending motion, its Motion to Dismiss filed at ECF No. 33, such that Plaintiffs' opposition

to both motions will be due on or before November 3, 2025, and Defendant's Reply will be due on November 10, 2025. In support thereof, Plaintiff states:

1. This is the second request for an extension of time to file opposition to Defendants' motion filed at ECF No. 28.

2. Additional time is needed to accommodate counsel's schedules and to allow adequate time to prepare an opposition. Additionally, the requested extension will align the briefing schedules of the two pending motions – the underlying Motion filed at ECF No. 28 as well as Defendant's Motion to Dismiss filed at ECF No. 33.

3. Defendants' counsel has been contacted and does not oppose this request for extension. The requested extension does not affect any other currently scheduled dates in this matter.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this unopposed motion and extend the Motion Date for the Motion pending at ECF No. 28 to November 17, 2025, rendering Plaintiff's Opposition due on November 3, 2025, and Defendant's Reply due on November 10, 2025.

Date: October 5, 2025                    Respectfully submitted,

/s/ *Krysten Connon*
Krysten Connon, NJ Bar No. 016732012
Sarah R. Schalman-Bergen (PA 206211)
**LICHTEN & LISS-RIORDAN, P.C.**

729 Boylston Street, Suite 2000
Boston, MA 02116
Direct: (267) 256-9973
Main: (617) 994-5800
Fax: (617) 994-5801
kconnon@llrlaw.com
ssb@llrlaw.com


*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (OH Bar 0085586)*
Adam C. Gedling (OH Bar 0085256)*
Tristan T. Akers (OH Bar 0102298)*
**COFFMAN LEGAL, LLC**
1550 Old Henderson Rd
Suite #126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com
      agedling@mcoffmanlegal.com
      khendren@mcoffmanlegal.com
      takers@mcoffmanlegal.com

*Attorneys for Named Plaintiff and those similarly situated*

* *Pro hac vice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 5th day of October, 2025.

/s/ Krysten Connon
Krysten Connon