# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×Δ◇
SARAH SCHALMAN-BERGEN▪
MATTHEW W. THOMSON×
THOMAS P. FOWLER×◇
BRADLEY MANEWITH•
KRYSTEN CONNON^▪
OLENA SAVYTSKA×
_____
BRENDAN BALLOU○
MICHAEL ROMANO•
JACK BARTHOLET×
TREVOR BYRNE×
MORINE MITCHELL×
KELLY GEDDES×
HODA KATEBIΔ

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS  02116
_____

TELEPHONE  617-994-5800
FACSIMILE  617-994-5801

WWW.LLRLAW.COM
_____

× ADMITTED IN MASSACHUSETTS
Δ ADMITTED IN CALIFORNIA
◇ ADMITTED IN NEW YORK
▪ ADMITTED IN PENNSYLVANIA
• ADMITTED IN ILLINOIS
^ ADMITTED IN NEW JERSEY
○ ADMITTED IN WASHINGTON D.C.

June 29, 2026

**VIA ECF**
The Honorable Elizabeth A. Pascal
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 4A
Camden, NJ 08101

Re:     *James, et al. v. The Campbell's Company, et al.*, **No. 1:25-cv-08590**

Dear Judge Pascal:

The undersigned counsel represents Plaintiff Heather James in the above-referenced matter. The Court scheduled a telephonic discovery conference for July 2, 2026, at 10:00 a.m., ECF No. 73.  Plaintiff's counsel at Lichten & Liss-Riordan have a pre-existing conflict for that date, a full day mediation in another matter. Plaintiff accordingly writes respectfully to request that the Court reschedule the hearing.

Plaintiff reached out to counsel for Defendants, who have no objection to the request. The Parties are jointly available for the telephone conference during the windows of time below, if there is availability during that time at the Court's convenience:

1.  Wednesday, July 8: 10:30 am to 2:00 pm ET

2.  Thursday, July 9:  9:00 am to 11:00 am ET

L I C H T E N   &   L I S S - R I O R D A N ,   P. C.

Accordingly, Plaintiff respectfully requests that the Court reschedule the hearing for a time in the availability above. Plaintiff appreciates the Court's time and attention to this matter.

Respectfully submitted,

/s/ Krysten Connon

Krysten Connon, NJ Bar No. 016732012
**LICHTEN & LISS-RIORDAN, P.C.**
kconnon@llrlaw.com

cc: Counsel of record via ECF